**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00417-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

EARL J. CROWNHART,

      Applicant,

v.

ALISHA KYLES,
ASHLEY SNYDER,
RYAN SMITH, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

      Applicant, Earl J. Crowhnart, is a prisoner in the custody of the Colorado

Department of Corrections and currently is incarcerated at the Colorado Mental Health

Institute in Pueblo, Colorado.  Mr. Crownhart has submitted two Applications for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this Order.  Mr.

Crownhart will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Crownhart files in response to this Order must include the civil action

number on this Order.

The Court has reviewed both Applications and finds that Mr. Crownhart is asserting civil rights claims in one application and habeas corpus claims in the other. The Court will proceed with the action as filed pursuant to 28 U.S.C. § 2254.  Mr. Crownhart, however, must submit a new § 2254 Application form that contains responses to all required information on the form.  As for the civil rights claims, If Mr. Crownhart desires to challenge the conditions of his confinement he must submit those claims on a proper Court-approved form in a separate action.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | __ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | X | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |
| (8) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | __ | other: |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | __ | is not submitted |
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | X | other: Court-approved habeas form must include responses to all requested information |

Accordingly, it is

ORDERED that the Mr. Crownhart cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Crownhart files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Mr. Crownhart shall obtain the Court-approved form used in filing a 28 U.S.C. § 2254 action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Mr. Crownhart fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this __17th__ day of _____February_____, 2012.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

3